# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KERMIT PARKER

NO. 2025 KW 0358

**JULY 14, 2025**

---

In Re:    Kermit Parker, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          05-91-0571.

---

**BEFORE:    HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT DENIED.**

                        CHH
                        BDE
                        KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT